IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:11-CR-255-3-TWT |
| STACEY DOOLEY<br>also known as Donyale Dooley<br>also known as Chicken<br>also known as Po Chicken, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 391] of the Magistrate Judge recommending denying the Defendant's Motion to Declare Rule 12.1 Unconstitutional [Doc. 200]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Declare Rule 12.1 Unconstitutional [Doc. 200] is DENIED.

SO ORDERED, this 25 day of April, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge