IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:11-CR-255-1-TWT |
| QUENTIN BOOKER, et al., | |
| Defendants. | |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 488] of the Magistrate Judge recommending denying the Defendant Dooley's Motion to Suppress Statements [Doc. 203]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Dooley's Motion to Suppress Statements [Doc. 203] is DENIED.

SO ORDERED, this 13 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge